Form ntcdsm13

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

Case No.: 19−13567−CMA
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kathryn L Bigelow
1110 South 376th St
Federal Way, WA 98003

Social Security / Individual Taxpayer ID No.:
xxx−xx−9891

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

Notice is hereby given of the following order of the court entered on November 5, 2019:

**Ex Parte ORDER Dismissing Case for Failure to Appear at Meeting of Creditors. This matter comes before the Court on the United States Trustee's Ex Parte Application for Order Dismissing Case for Failure to Appear and Submit to Examination at Meeting of Creditors. The debtor(s) having received notice of dismissal for failure to appear at the meeting of creditors, this case is dismissed pursuant to Local Bankruptcy Rule 1017−1(e) for the debtor(s)'s failure to attend the Sec. 341 meeting of creditors. Hereby ordered by Judge Chris M Alston. This Notice of Electronic Filing is the Official ORDER for this entry.**

Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: November 5, 2019

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court